We also remain of the opinion that the testimony of other jurors as to their opinion that the juror Kolar was sane was admissible; that a fact issue as to his sanity was raised, and that the trial judge did not abuse his discretion in determining such question against appellant's contention and overruling his motion for new trial.

Appellant's motion for rehearing is overruled.

Opinion approved by the Court.

victed and his punishment assessed at ninety-nine years' confinement in the penitentiary.

Appellant filed a motion for new trial alleging only that the verdict of the jury was contrary to the law and the evidence. However, the record is before this court without a statement of facts and no bills of exception appear in the record. In such condition nothing is presented for review, and the judgment is affirmed.

### WALKER v. STATE.
### No. 24624.

Court of Criminal Appeals of Texas.
Feb. 1, 1950.

HAWKINS, Presiding Judge.

Appellant was convicted for the rape of a female under the age of fifteen years. Upon trial before a jury appellant was con-